AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br>TJOFLAT, GERALD B. | 2. Court or Organization<br>UNITED STATES COURT OF APPEALS<br>FOR THE ELEVENTH CIRCUIT | 3. Date of Report<br>MAY 10, 2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>CIRCUIT JUDGE -- ACTIVE | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial **X** Annual ___ Final | 6. Reporting Period<br>1/1/2003 TO<br>12/31/2003 |
| 7. Chambers or Office Address<br>300 NORTH HOGAN STREET, SUITE 14-200<br>JACKSONVILLE, FLORIDA 32202-4257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 MEMBER OF THE BOARD AND MEMBER OF THE EXECUTIVE COMMITTEE | NORTH FLORIDA COUNCIL BOY SCOUTS OF AMERICA |
| 2 MEMBER OF THE BOARD OF TRUSTEES | GATEWAY COUNCIL GIRL SCOUTS OF AMERICA |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2004 MAY 11 P 2:24 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2003 | PAPPAS METCALF JENKS AND MILLER (LAW FIRM) | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| TJOFLAT, GERALD B. | MAY 10, 2004 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | UNIVERSITY OF CINCINNATI | CINCINNATI, OH – APRIL 4-5; MOOT COURT; MEALS, HOTEL AND TRANSPORTATION |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000      M=$100,001-$250,000
N=$250,001-$500,000      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000      P3=25,000,001-50,000,000      P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 SIZZLER INTERNATIONAL, INC. (COMMON STOCK) | | NONE | J | T | | | | | |
| 2 DAVIS NEW YORK VENTURE FUND (MUTUAL FUND) | A | DIV | K | T | | | | | |
| 3 ROGERS, TOWERS, BAILEY, JONES & GAY P.A. (401K) | A | DIV | K | T | | | | | |
| 4 ALLIANCE PREMIER GROWTH FUND (MUTUAL FUND) | A | DIV | J | T | | | | | |
| 5 ALLIANCE TECHNOLOGY (MUTUAL FUND) | A | DIV | J | T | | | | | |
| 6 MUNDER NET (MUTUAL FUND) | A | DIV | J | T | | | | | |
| 7 NATIONS MARSICO FOCUSED (MUTUAL FUND) | A | DIV | J | T | | | | | |
| 8 MANULIFE FINANCIAL (401K)(X) PAPPAS METCALF JENKS & MILLER | | NONE | M | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

SECTION I.   GEROGIA MARINE INSTITUTE REMOVED FROM REPORT.   FILER NO LONGER A MEMBER
OF THE BOARD OF TRUSTEES

SECTION VII.    ELECTION OF 401K RETIREMENT PLAN IN 2003

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance w                                          U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                Date **MAY 10, 2004** _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544